# United States Bankruptcy Court
## District of Arizona - Phoenix Division

In re   John Thomas Blaney                               ,    Case No.  2:07-bk-04322-RJH

                                             Debtor            Chapter         13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 425,000.00 | | |
| B - Personal Property | Yes | 3 | 3,850.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 358,411.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 232,257.58 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,426.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,940.00 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 428,850.00 | | |
| Total Liabilities | | | | 590,668.58 | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## District of Arizona - Phoenix Division

In re    John Thomas Blaney                               ,    Case No. __2:07-bk-04322-RJH__

                                       Debtor

Chapter _____ 13 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,426.67 |
| Average Expenses (from Schedule J, Line 18) | 1,940.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,000.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 232,257.58 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 232,257.58 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re   John Thomas Blaney _____,   Case No.  2:07-bk-04322-RJH

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Residence located at 27401 N. 23rd Drive, Phoenix, AZ 85085 | Owner | - | 425,000.00 | 358,411.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 425,000.00 | (Total of this page) |
| Total > | 425,000.00 |  |
|  |  | (Report also on Summary of Schedules) |

0   continuation sheets attached to the Schedule of Real Property

In re  John Thomas Blaney                                           Case No.  2:07-bk-04322-RJH
_____,
                          Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | Cash | - | 800.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo account No. xxx 6179 for Katie Blaney | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Misc. Furnishings | - | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Compact discs and pictures | - | 550.00 |
| 6.  Wearing apparel. | | Wearing apparel | - | 500.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total ><br>(Total of this page) | 3,850.00 |
|---|---|---|---|

  2   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  John Thomas Blaney                                      Case No.  2:07-bk-04322-RJH
_____        _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership Mountain Pass Custom Landscape, LLC. Corporation is defunct and liabilities greatly exceed assets | - | 0.00 |
| | | Interest in Paragon Vineyard Co., Inc. Debtor is minority shareholder (estimated 1% interest) and shares are restricted. | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet  1  of  2  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8                                                                                    Best Case Bankruptcy

In re  John Thomas Blaney                                    Case No.  2:07-bk-04322-RJH
_____                          _____
                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | Dog | | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 3,850.00 |
| | (Report also on Summary of Schedules) |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

Form B6C
(4/07)

In re    John Thomas Blaney                                                  ,    Case No.    2:07-bk-04322-RJH
                                        Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ■ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Real Property | | | |
| Residence located at 27401 N. 23rd Drive, Phoenix, AZ 85085 | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 425,000.00 |
| Household Goods and Furnishings | | | |
| Misc. Furnishings | Ariz. Rev. Stat. § 33-1123(1) | 2,000.00 | 2,000.00 |
| Wearing Apparel | | | |
| Wearing apparel | Ariz. Rev. Stat. § 33-1125(1) | 500.00 | 500.00 |
| Animals | | | |
| Dog | Ariz. Rev. Stat. § 33-1125(3) | 500.00 | 0.00 |
| Total: | | 153,000.00 | 427,500.00 |

_0___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re   John Thomas Blaney                                                    Case No.   2:07-bk-04322-RJH
                                                                    ,
                                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Deed of Trust | | | | | |
| AMERICAN GENERAL FINANCE STE 16 & 17 4330 W. UNION HILLS DRIVE GLENDALE, AZ 85308 | | | Residence located at 27401 N. 23rd Drive, Phoenix, AZ 85085 | | | | | |
| | | | Value $          425,000.00 | | | | 22,099.00 | 0.00 |
| Account No. | | | Residence located at 27401 N. 23rd Drive, Phoenix, AZ 85085 | | | | | |
| DYNAMITE MOUNTAIN RANCH C/O PARKER FINCH MANAGEMENT P.O. BOX 503310 SAN DIEGO, CA 92150 | | | | | | | | |
| | | | Value $          425,000.00 | | | | 1,312.00 | 0.00 |
| Account No. xxxxxx6097 | | | Residence located at 27401 N. 23rd Drive, Phoenix, AZ 85085 | | | | | |
| SPECIALIZED LOAN SERVICING 8742 LUCENT BLVD., SUITE 300 HIGHLANDS RANCH, CO 80129 | | | | | | | | |
| | | | Value $          425,000.00 | | | | 335,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| 0   continuation sheets attached | Subtotal (Total of this page) | 358,411.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 358,411.00 | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

In re    John Thomas Blaney                                        Case No.   2:07-bk-04322-RJH

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1 continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    John Thomas Blaney                                             Case No.    2:07-bk-04322-RJH
                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx8881-G<br><br>ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29010<br>PHOENIX, AZ 85038 | X | - | Sales taxes; Business debt of Mountain Pass Custom Landscaping, LLC | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>ARIZONA DEPARTMENT OF REVENUE<br>COLLECTION DIVISION-BANKRUPTCY<br>1600 W MONROE ROOM 112<br>PHOENIX, AZ 85007 | | - | POSSIBLE CLAIM FOR 2005 AND 2006 TAXES | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>INTERNAL REVENUE SERVICE<br>STOP 5085 PX<br>210 E EARLL DR<br>PHOENIX, AZ 85012-6223 | X | - | Possible claim for payroll taxes owed by Mountain Pass Custom Landscape, LLC | | | X | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No.<br><br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 21126<br>PHILADELPHIA, PA 19114 | | - | POSSIBLE CLAIM FOR INCOME TAXES FOR 2005 AND 2006 | | | | Unknown<br><br>Unknown | Unknown<br><br>Unknown |
| Account No. | | | | | | | | |

Sheet  1   of  1    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00<br>0.00 |
| Total (Report on Summary of Schedules) | 0.00 | 0.00<br>0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   John Thomas Blaney                                                                          Case No.   2:07-bk-04322-RJH
_____,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 9477<br><br>AMERICAN CHECK MANAGEMENT<br>C/O MILLER ROSS & GOLDMAN<br>701 BRAZOS, SUITE 500<br>AUSTIN, TX 78701 | - | | | | NSF check | | | | 179.29 |
| Account No.<br><br>Representing:<br>AMERICAN CHECK MANAGEMENT | | | | | AMERICAN CHECK MANAGEMENT<br>OCEAN BANK BUILDING, 2ND FLOOR<br>10950 SW 88TH STREET<br>MIAMI, FL 33176 | | | | |
| Account No. xxxx xxxx6393<br><br>AMERICAN GENERAL FINANCE<br>STE 16 & 17<br>4330 W. UNION HILLS DRIVE<br>GLENDALE, AZ 85308 | - | | | | Personal loan | | | | 20,316.48 |
| Account No. 0502<br><br>American Honda Finance<br>P.O. Box 168088<br>Irving, TX 75016 | - | | | | 9/04<br>deficiency | | | | 6,040.00 |

_9_   continuation sheets attached

Subtotal (Total of this page)  26,535.77

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:23205-070521   Best Case Bankruptcy

In re      John Thomas Blaney                                              Case No.   2:07-bk-04322-RJH

                                                                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>APS<br>P.O. BOX 2907<br>PHOENIX, AZ 85062 | | - | | Electricity | | | | 350.00 |
| Account No. xxxxxxxx4001<br><br>AT & T CORP<br>C/O FIDELITY NATIONAL CREDIT<br>2421 N. GLASSELL<br>P.O. BOX 3051<br>ORANGE, CA 92857 | X | - | | | | | | 286.64 |
| Account No.<br><br>BANNER HEALTH<br>P.O. BOX 2978<br>PHOENIX, AZ 85062 | | - | | | | | | Unknown |
| Account No.<br><br>CAPITAL ONE<br>C/O AMERICAN CHECK MANAGEMENT<br>OCEAN BANK BUILDING 2ND FLOOR<br>10950 SW 88TH STREET<br>MIAMI, FL 33176 | | - | | NSF check No. 1128 | | | | 63.82 |
| Account No. xxxx-xxxx-xxxx-5971<br><br>CAPITAL ONE<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | | - | | Visa | | | | 905.42 |

Sheet no.   1   of   9   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,605.88

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   John Thomas Blaney                                 ,        Case No.   2:07-bk-04322-RJH

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>Representing:<br>CAPITAL ONE | | | | | CAPITAL ONE<br>P.O. BOX 70884<br>CHARLOTTE, NC 28272 | | | | |
| Account No. xxxxxxxx-xxx-271-CH1<br><br>CHASE<br>C/O I.C. SYSTEM, INC.<br>444 HIGHWAY 96 EAST BOX 64886<br>SAINT PAUL, MN 55164 | X | - | | | Business debt of Mountain Pass Custom Landscaping, LLC | | | | 584.09 |
| Account No. xxxxxxxxxxxxxx9788<br><br>CHASE<br>C/O NATIONAL PAYMENT SERVICES<br>P.O. BOX 182223<br>COLUMBUS, OH 43218 | X | - | | | Business debt of Mountain Pass Custom Landscaping, LLC | | | | 644.47 |
| Account No. xxxx7535<br><br>CITY OF PHOENIX<br>CITY TREASURER<br>P.O. BOX 29690<br>PHOENIX, AZ 85038 | X | - | | | License fees; Business debt of Mountain Pass Custom Landscaping, LLC | | | | 95.00 |
| Account No. x-xxxx-xx64-03<br><br>CITY OF PHOENIX<br>FINANCE DEPARTMENT<br>TREASURY DIVISION<br>251 W WASHINGTON ST<br>PHOENIX, AZ 85003 | | - | | | Water | | | | 600.00 |

| Sheet no. _2_ of _9_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,923.56 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  John Thomas Blaney                          Case No.   2:07-bk-04322-RJH

                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx3357 | | | | | Sales taxes; Business debt of Mountain Pass Custom Landscaping, LLC | | | | |
| CITY OF SCOTTSDALE 7447 E INDIAN SCHOOL RD. STE 110 SCOTTSDALE, AZ 85251 | X | - | | | | | | | 87.00 |
| Account No. | | | | | CV2006-019011 | | | | |
| COMPASS BANK C/O ASPEY WATKINS & DIESEL, PLLC 123 NORTH SAN FRANCISCO 3RD FL FLAGSTAFF, AZ 86001 | | - | | | | | | | Unknown |
| Account No. xxxxxxx-xxx-x0001 | | | | | Past due insurance on 2004 Chevrolet Silverado; | | | | |
| COUNTRY MUTUAL INSURANCE P.O. BOX 2100 BLOOMINGTON, IL 61702 | | - | | | | | | | 298.16 |
| Account No. xxx-xxxxxx5-002 | | | | | | | | | |
| DELL FINANCIAL SERVICES P.O. BOX 81577 ATTN: CORRESPONDENCE AUSTIN, TX 78708 | | - | | | | | | X | 172.02 |
| Account No. xxx-xxxxxx5-001 | | | | | | | | | |
| DELL FINANCIAL SERVICES P.O. BOX 81577 ATTN: CORRESPONDENCE AUSTIN, TX 78708 | X | - | | | | | | | 591.48 |

| Sheet no. 3 of 9 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,148.66 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re    John Thomas Blaney                                        Case No.    2:07-bk-04322-RJH
_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| DISH NETWORK PO BOX 7203 Pasadena, CA 91109-7303 | | - | | | | | | |
| | | | | | | | | 260.00 |
| **Account No.** xFTPWxxxxxKDx3041 | | | | Possible claim for deficiency on 2006 Ford F-150 Loan; This is a loan taken out by Mountain Pass Custom Landscape LLC that was not personally guaranteed | | | | |
| FORD MOTOR CREDIT P.O. BOX 7289 PASADENA, CA 91109-7389 | X | - | | | | | X | |
| | | | | | | | | Unknown |
| **Account No.** xxxxxxxxxxxxxxxx0567 | | | | Loan for purchase of Yamaha SRT1100 Boat; CV2007-007553 | | | | |
| GE MONEY BANK C/O WATERFALL ECONOMIDIS CADWELL HANSHAW & VILLAMANA 5210 E. WILLIAMS CIRCLE TUCSON, AZ 85711 | | - | | | | | | |
| | | | | | | | | 36,646.07 |
| **Account No.** | | | | GE MONEY BANK C/O P.O. BOX 6153 RAPID CITY, SD 57709 | | | | |
| Representing: GE MONEY BANK | | | | | | | | |
| | | | | | | | | |
| **Account No.** xxxx xxxx xxxx 3751 | | | | Ultimate Electronics purchase | | | | |
| GE MONEY BANK P.O. BOX 981127 EL PASO, TX 79998 | | - | | | | | | |
| | | | | | | | | 6,806.69 |
| Sheet no.  4  of  9  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 43,712.76 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    John Thomas Blaney                                                                    Case No.    2:07-bk-04322-RJH
_____,
                                       Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 3099 <br><br> GE MONEY BANK <br> P.O. BOX 6150 <br> RAPID CITY, SD 57709 | - | | | | | | | 3,150.16 |
| Account No. xxx-xxxx-x8830 <br><br> GMAC <br> C/O NORLING KOLSRUD SIFFERMAN & DAVIS, PLC <br> 16427 N. Scottsdale Rd., Suite 210 <br> Scottsdale, AZ 85254 | - | | | Loan for 2004 Chevrolet Silverado; CV2006-013588 | | | | 16,207.36 |
| Account No. <br><br> Representing: <br> GMAC | | | | GMAC <br> P.O. BOX 10729 <br> MIDLAND, TX 79702 | | | | |
| Account No. <br><br> Representing: <br> GMAC | | | | GMAC <br> P.O. BOX 2150 <br> GREELEY, CO 80632 | | | | |
| Account No. xxx-xxxx-x5716 <br><br> GMAC <br> P.O. Box 130424 <br> Saint Paul, MN 55113 | - | | | 7/6/2003 <br> Deficiency Claim | | | | 8,787.00 |

Sheet no.  5   of  9   sheets attached to Schedule of                                    Subtotal                      28,144.52
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re  John Thomas Blaney                                    Case No.  2:07-bk-04322-RJH
_____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xxxx-x8830<br><br>GMAC<br>P.O. Box 130424<br>Saint Paul, MN 55113 | | - | | 11/16/2004<br>Deficiency | | | | 34,933.00 |
| Account No.<br><br>GMAC, LLC<br>C/O JOHN C. NORLING<br>NORLING, KOLSRUD, SIFFERMAN & DAVI<br>16427 N. SCOTTSDALE RD., STE 210<br>SCOTTSDALE, AZ 85254 | | - | | 024-9060-29877<br>CV2007-050886 | | | | 24,045.00 |
| Account No. xxxxxxxxxxxxxxx3636<br><br>HSBC BANK  NEVADA N.A.<br>P.O. BOX 5244<br>CAROL STREAM, IL 60197 | | - | | | | | | Unknown |
| Account No.<br><br>Representing:<br>HSBC BANK  NEVADA N.A. | | | | ARROW FINANCIAL SERVICES<br>5996 W. TOUHY AVENUE<br>NILES, IL 60714 | | | | |
| Account No. XXXX2311<br><br>JP MORGAN CHASE<br>ARIZONA MARKET<br>P.O. BOX 260180<br>BATON ROUGE, LA 70826 | X | - | | NSF check No. 1128<br>NSF check No. 102<br>NSF check No. 9995<br>NSF check No. 105 | | | | 680.89 |

Sheet no.  6  of  9  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

59,658.89

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    John Thomas Blaney                                    Case No.    2:07-bk-04322-RJH
_____              _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Repossession deficiency; CV2007-002720 | | | | |
| NISSAN MOTOR ACCEPTANCE CORP C/O CASEBOLT GERMAINE SCHENK 3877 N. 7T STREET, SUITE 240 PHOENIX, AZ 85014 | | - | | | | | 10,615.45 |
| Account No. | | | | | | | |
| QWEST P.O. Box 29060 Phoenix, AZ 85038-9060 | | - | | | | | 400.00 |
| Account No. xxxx-xxxx-xxxx-3636 | | | Best Buy purchase | | | | |
| RETAIL SERVICES P.O. BOX 15521 WILMINGTON, DE 19850 | | - | | | | | 2,629.53 |
| Account No. | | | | | | | |
| SOUTHWEST GAS P.O. BOX 52075 PHOENIX, AZ 85072 | | - | | | | | 650.00 |
| Account No. | | | | | | | |
| SPRINT P.O. BOX 78931 PHOENIX, AZ 85062-8931 | | - | | | | | 9,000.00 |

Sheet no.   7    of   9    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        23,294.98

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

In re    John Thomas Blaney                                              Case No.    2:07-bk-04322-RJH
_____,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>SRP<br>P.O. BOX 2950<br>PHOENIX, AZ 85062-2950 | | - | | | | | | 400.00 |
| Account No. xxxx8001 <br><br>SUNRISE SERVICE BUREAU<br>430 S LAKE HAVASU AV. STE 101<br>P.O. BOX 610<br>LAKE HAVASU CITY, AZ 86405 | | - | | Collection for Fry's | | | | 41.90 |
| Account No. xxxx xxxx xxxx 2124 <br><br>THE HOME DEPOT<br>P.O. BOX 9122<br>DES MOINES, IA 50368 | X | - | | Credit card | | | | 15,000.00 |
| Account No. xxxx 4977 <br><br>US BANK<br>WEST ANTHEM SAFEWAY<br>3655 W ANTHEM WAY<br>ANTHEM, AZ 85086 | X | - | | Overdrawn account | | | | 811.11 |
| Account No. xxxx xxxx xxxx 7622 <br><br>WELLS FARGO<br>P.O. BOX 348750<br>SACRAMENTO, CA 95834 | X | - | | Guarantee of business line of credit; Business debt of Mountain Pass Custom Landscaping, LLC | | | | 16,000.00 |

Sheet no.  8  of  9  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                32,253.01

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    John Thomas Blaney                                              Case No.    2:07-bk-04322-RJH
_____                                    _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx xxxx xxxx 2629 <br><br> WELLS FARGO <br> P.O. BOX 10347 <br> DES MOINES, IA 50306 | | - | Mastercard | | | | 13,000.00 |
| Account No. xxx4330 <br><br> WELLS FARGO <br> C/O WEST ASSET MANAGEMENT <br> P.O. BOX 105761 <br> ATLANTA, GA 30348 | | - | Check overdraft; addressed to Katie Blaney | | | | 979.55 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no.  9  of  9   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | 13,979.55 |
| Total <br> (Report on Summary of Schedules) | 232,257.58 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

Form B6G
(10/05)

In re    John Thomas Blaney                                             Case No.   2:07-bk-04322-RJH

                                       Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |

 

   0    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6H
(10/05)

In re     John Thomas Blaney                          Case No.   _2:07-bk-04322-RJH_

Debtor

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Mountain Pass Custom Landscaping, LLC | CITY OF SCOTTSDALE<br>7447 E INDIAN SCHOOL RD. STE 110<br>SCOTTSDALE, AZ 85251 |
| Mountain Pass Custom Landscaping, LLC | JP MORGAN CHASE<br>ARIZONA MARKET<br>P.O. BOX 260180<br>BATON ROUGE, LA 70826 |
| Mountain Pass Custom Landscaping, LLC | US BANK<br>WEST ANTHEM SAFEWAY<br>3655 W ANTHEM WAY<br>ANTHEM, AZ 85086 |
| Mountain Pass Custom Landscaping, LLC | CITY OF PHOENIX<br>CITY TREASURER<br>P.O. BOX 29690<br>PHOENIX, AZ 85038 |
| Mountain Pass Custom Landscaping, LLC | ARIZONA DEPARTMENT OF REVENUE<br>P.O. BOX 29010<br>PHOENIX, AZ 85038 |
| Mountain Pass Custom Landscaping, LLC | DELL FINANCIAL SERVICES<br>P.O. BOX 81577<br>ATTN: CORRESPONDENCE<br>AUSTIN, TX 78708 |
| Mountain Pass Custom Landscaping, LLC | INTERNAL REVENUE SERVICE<br>STOP 5085 PX<br>210 E EARLL DR<br>PHOENIX, AZ 85012-6223 |
| Mountain Pass Custom Landscaping, LLC | FORD MOTOR CREDIT<br>P.O. BOX 7289<br>PASADENA, CA 91109-7389 |
| Mountain Pass Custom Landscaping, LLC | AT & T CORP<br>C/O FIDELITY NATIONAL CREDIT<br>2421 N. GLASSELL<br>P.O. BOX 3051<br>ORANGE, CA 92857 |
| Mountain Pass Custom Landscaping, LLC | CHASE<br>C/O I.C. SYSTEM, INC.<br>444 HIGHWAY 96 EAST BOX 64886<br>SAINT PAUL, MN 55164 |

  _1_   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __John Thomas Blaney__           Case No. __2:07-bk-04322-RJH__

                              Debtor

# SCHEDULE H. CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Mountain Pass Custom Landscaping, LLC | CHASE<br>C/O NATIONAL PAYMENT SERVICES<br>P.O. BOX 182223<br>COLUMBUS, OH 43218 |
| Mountain Pass Custom Landscaping, LLC | WELLS FARGO<br>P.O. BOX 348750<br>SACRAMENTO, CA 95834 |
| Wendy Patricia Reyes-Pineda<br>   Debtor's spouse | THE HOME DEPOT<br>P.O. BOX 9122<br>DES MOINES, IA 50368 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    John Thomas Blaney                                    Case No.    2:07-bk-04322-RJH
                          Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Daughter<br>Daughter | AGE(S):<br>3<br>7 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Superintendent | |
| Name of Employer | Renaissance Exterior Development, Inc. | |
| How long employed | 2 months | |
| Address of Employer | 6363 E. Dixileta Drive<br>Cave Creek, AZ 85331 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,816.67 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 2,816.67 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 390.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 390.00 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,426.67 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,426.67 | $ | N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 2,426.67 | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    Expects pay to increase; also may receive dividends

In re   John Thomas Blaney                                                Case No.    2:07-bk-04322-RJH
                                        Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included? Yes ___ No  X  | | |
| b. Is property insurance included? Yes ___ No  X  | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|              b. Water and sewer | $ | 100.00 |
|              c. Telephone | $ | 100.00 |
|              d. Other  HOA | $ | 50.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 0.00 |
|              b. Life | $ | 0.00 |
|              c. Health | $ | 0.00 |
|              d. Auto | $ | 0.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|              (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other | $ | 0.00 |
|              c. Other | $ | 0.00 |
|              d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   Education expenses for children | $ | 250.00 |
|       Other   Miscellaneous/Allowance for Contingencies | $ | 90.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,940.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
      Currently not making house payment. Once house sells will need to locate replacement housing.

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,426.67 |
| b.   Average monthly expenses from Line 18 above | $ | 1,940.00 |
| c.   Monthly net income (a. minus b.) | $ | 486.67 |

# United States Bankruptcy Court
## District of Arizona - Phoenix Division

In re   John Thomas Blaney _____    Case No.   2:07-bk-04322-RJH _____

                                  Debtor(s)            Chapter    13 _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___25___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature            /s/ John Thomas Blaney _____

                                              John Thomas Blaney
                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.