Randy Nussbaum, #006417
Kevin J. Rattay, #011057
**JABURG & WILK, P.C.**
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
kjr@jaburgwilk.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOHN THOMAS BLANEY,<br><br>Debtor. | In Proceedings Under<br>Chapter 13<br><br>Case No: 2:07-bk-04322-RJH<br><br>**AMENDMENT TO SCHEDULE F AND MASTER MAILING LIST, AND CERTIFICATE OF SERVICE** |

Debtor, through counsel undersigned, hereby amends the Schedule F, Schedule of Unsecured Creditors, along with the master mailing list, by adding the following creditors:

| **Creditor** | **Consideration** | **Amount** |
|---|---|---|
| City of Phoenix<br>14264 W. Tierra Bueno<br>Surprise, AZ 85374 | Traffic Fines; Case 2006-118788 | $615.00 |

DATED this 3rd day of December, 2007.

JABURG & WILK, P.C.

/s/ Randy Nussbaum
Randy Nussbaum
Kevin J. Rattay
Attorney for Debtor

JABURG & WILK, P.C.
ATTORNEYS AT LAW
14500 N. NORTHSIGHT BLVD, SUITE 116
SCOTTSDALE, ARIZONA 85260
480-609-0011

The undersigned certifies that a copy of this Amendment, along with a copy of the Notice of Commencement of Case, were mailed by first class mail, postage prepaid, on the 3rd day of December, 2007 to the creditor named above.

Margaret Ann Lindauer

**COPY** of the foregoing mailed
this 3rd day of December, 2007 to:

City of Phoenix
14264 W. Tierra Bueno
Surprise, AZ 85374

Edward Maney
Trustee
P.O. Box 10434
Phoenix, Arizona 85064

/s/ Margaret Ann Lindauer

2

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 8/30/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
John Thomas Blaney
27401 N 23RD DR
PHOENIX, AZ 85085

| Case Number:<br>2:07-bk-04322-RJH | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx-xx-3928 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>KEVIN J. RATTAY<br>JABURG & WILK, P.C.<br>14500 N. NORTHSIGHT BLVD. - #116<br>SCOTTSDALE, AZ 85260<br>Telephone number: 480-609-0011 | Bankruptcy Trustee (name and address):<br>EDWARD J. MANEY<br>P.O. BOX 10434<br>PHOENIX, AZ 85064-0434<br>Telephone number: 602-277-3776 |

### Meeting of Creditors

Date: **October 10, 2007**        Time: **9:30 AM**
Location: **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:
For all creditors (except a governmental unit): **1/8/08**      For a governmental unit: **2/26/08**

**Foreign Creditors**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint Objecting to Determine Dischargeability of Certain Debts: 12/10/07**

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

#### Filing of Plan and Confirmation of Plan
You will be sent separate notice of the plan and the plan confirmation process.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727<br>Telephone number: (602) 682-4000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
|---|---|
| Hours Open: Monday - Friday 9:00 AM - 4:00 PM | Date: 9/17/07 |