Randy Nussbaum, #006417
Kevin J. Rattay, #011057
**JABURG & WILK, P.C.**
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone: (480) 609-0011
Facsimile: (480) 609-0016
kjr@jaburgwilk.com

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JOHN THOMAS BLANEY,<br><br>Debtor. | In Proceedings Under<br>Chapter 13<br><br>Case No: 2:07-bk-04322-RJH<br><br>**AMENDMENT TO SCHEDULE F AND MASTER MAILING LIST, AND CERTIFICATE OF SERVICE** |

Debtor, through counsel undersigned, hereby amends the Schedule F, Schedule of Unsecured Creditors, along with the master mailing list, by adding the following creditor:

| **Creditor** | **Consideration** | **Amount** |
|---|---|---|
| San Diego County<br>San Diego Superior Court<br>East County Division<br>250 E. Main St.<br>El Cajon, CA 92020 | Traffic Fines; Case 55408DJ | $Unknown |
| Additional notice to:<br>Sheriff's Department<br>P.O. Box 939063<br>San Diego, CA 92193-9063 | | |

DATED this 7th day of March, 2008.

                  **JABURG & WILK, P.C.**

                  */s/ Randy Nussbaum*
                  Randy Nussbaum
                  Attorney for Debtor

13526-401/SED/SED/642508_v1

Case 2:07-bk-04322-RJH Doc 62 Filed 03/07/08 Entered 03/07/08 16:22:01 Desc
Main Document Page 1 of 2

The undersigned certifies that a copy of this Amendment, along with a copy of the Notice of Commencement of Case, were mailed by first class mail, postage prepaid, on the 7th day of March, 2008 to the creditor named above.

*/s/ Margaret Ann Lindauer*
Margaret Ann Lindauer

**COPY** of the foregoing mailed this 7th day of March, 2008 to:

San Diego County
San Diego Superior Court
East County Division
250 E. Main St.
El Cajon, CA 92020

Sheriff's Department
P.O. Box 939063
San Diego, CA 92193-9063

Edward Maney
Trustee
P.O. Box 10434
Phoenix, Arizona 85064

/s/ Margaret Ann Lindauer

2

13526-401/SED/SED/642508_v1

Case 2:07-bk-04322-RJH    Doc 62    Filed 03/07/08    Entered 03/07/08 16:22:01    Desc
Main Document    Page 2 of 2